**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| UPG ENTERPRISES LLC, *et al.*,[1] | ) | |
| | ) | CASE NO. 26-15734 |
| | ) | |
| | ) | HONORABLE DANIEL R FINE |

## NOTICE OF APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

The following parties, selected from unsecured creditors who are willing to serve, are hereby appointed as the Official Unsecured Creditors' Committee in this case:

| | CREDITOR | REPRESENTATIVE |
|---|---|---|
| 1. | Thyssen Krupp Materials | Keith R. Anderson<br>Keith.r.anderson@tkaccelis.com<br>(630) 563-3366 |
| 2. | Qualitek | Keith Tibor<br>keith@qualitekmfg.com<br>(847) 336-7570 |
| 3. | Worthington Steel Company | David Burt<br>Dave.burt@worthingtonsteel.com<br>(614) 840-4047 |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN are as follows: UPG Enterprises LLC (4790); UP Investment Holdings LLC (8445); UPI LS LLC (6446); UPI MakUSA LLC (1401); UPG Metal Services LLC (8496); GenX Leasing Partners LLC (4464); UP Central Office LLC (0397); UP Equipment Holdings LLC (0431); Metalex LLC (6707); UPG Fabrication LLC (9021); National Metalwares Holdings LLC (2789); National Metalwares L.P. (9247); Sidecar NM LLC (4555); Chicago Steel Holdings LLC (0967); Douglass Logistics LLC (6025); Lexington Steel LLC (2209); Maksteel USA LLC (6796); Maksteel Transport LLC (9011); UPG Flat Roll Group LLC (7515); and Lamination Specialties LLC (5604).

| | | |
|---|---|---|
| 4. | Metals USA Flat Rolled Group, Inc. | Ryan Blacka<br>Ryan.blacka@metalsusa.com<br>(330) 264-8416 |
| 5. | ARGUPDBNMI001, LLC | Christopher Khan*<br>ckhan@globalnetlease.com<br>(332) 227-3399 |

* Interim Chairperson

RESPECTFULLY SUBMITTED

ADAM G. BRIEF
UNITED STATES TRUSTEE

DATE: October 5, 2026

By: */s/ Joshua D. Greene*

Joshua D. Greene, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(202) 538-4834

## CERTIFICATE OF SERVICE

I, Joshua D. Greene

☒ an attorney, certify

that I served a copy of this ***Notice of Appointment of Official Unsecured Creditors' Committee***, on each entity shown on the attached list at the address shown and by the method shown on October __, 2026.

BY: */s/ Joshua D. Greene*
Joshua D. Greene, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, IL 60604
(312) 886-2789

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants**

-