**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>UPG ENTERPRISES LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-15734 (DRF)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR OCTOBER 13, 2026, AT 10:00 A.M. (CENTRAL TIME)**

**This proceeding will be conducted in a hybrid format.**

**Important: Only parties and their counsel may appear for presentment of the Motion electronically using Zoom for Government. All others must appear in person.**

**Please refer to Judge Fine's Chambers Procedures (https://www.ilnb.uscourts.gov/content/judge-daniel-r-fine) and the Court's website https://www.ilnb.uscourts.gov for information on the method of allowed participation (video or audio), Judge Fine's expectations of remote participants, and the advance registration requirements.**

**MATTERS GOING FORWARD**

1. AIM Leasing Company DBA AIM NationaLeases's Motion for Relief from Stay to Liquidate Its Pending Claims (D.I. 73, filed 10/2/26).

   Objection Deadline: October 8, 2026 at 4:00 p.m. (CT).

   Response Received: None.

   Related Documents: None.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN are as follows: UPG Enterprises LLC (4790); UP Investment Holdings LLC (8445); UPI LS LLC (6446); UPI MakUSA LLC (1401); UPG Metal Services LLC (8496); GenX Leasing Partners LLC (4464); UP Central Office LLC (0397); UP Equipment Holdings LLC (0431); Metalex LLC (6707); UPG Fabrication LLC (9021); National Metalwares Holdings LLC (2789); National Metalwares L.P. (9247); Sidecar NM LLC (4555); Chicago Steel Holdings LLC (0967); Douglass Logistics LLC (6025); Lexington Steel LLC (2209); Maksteel USA LLC (6796); Maksteel Transport LLC (9011); UPG Flat Roll Group LLC (7515); and Lamination Specialties LLC (5604). The Debtors' mailing address is 1400 16th St., #250, Oak Brook, IL 60523.

Status: This matter is going forward. The Debtors and counsel to AIM Leasing Company have conferred and plan on submitting a form of order resolving AIM Leasing Company's motion.

2. Transportation Commodities, Inc.'s Motion for Relief from Stay to Liquidate Its Pending Claims (D.I. 74, filed 10/2/26).

Objection Deadline: October 8, 2026 at 4:00 p.m. (CT).

Response Received: None.

Related Documents: None.

Status: This matter is going forward. The Debtors and counsel to Transportation Commodities, Inc. have conferred and plan on submitting a form of order resolving Transportation Commodities, Inc.'s motion.

3. Suppose U Drive, LLC's Motion for Relief from Stay to Liquidate Its Pending Claims (D.I. 75, filed 10/2/26).

Objection Deadline: October 8, 2026 at 4:00 p.m. (CT).

Response Received: None.

Related Documents: None.

Status: This matter is going forward. The Debtors and counsel to Suppose U Drive, LLC have conferred and plan on submitting a form of order resolving Suppose U Drive, LLC's motion.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 8, 2026
Wilmington, Delaware

**VEDDER PRICE, P.C.**

*/s/ Michael M. Eidelman*
Michael M. Eidelman (No. 6197788)
William W. Thorsness (No. 6290913)
Brooke H. Blackwell (No. 6329454)
222 N La Salle St., Suite 2600
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
Email: meidelman@vedder.com
wthorsness@vedder.com
bblackwell@vedder.com

*-and-*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Derek C. Abbott (admitted *pro hac vice*)
Matthew O. Talmo (admitted *pro hac vice*)
Daniel B. Butz (admitted *pro hac vice*)
Tamara K. Mann (admitted *pro hac vice*)
Liam Davis (admitted *pro hac vice*)
Cicely Berzack (admitted *pro hac vice*)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
mtalmo@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
ldavis@morrisnichols.com
cberzack@morrisnichols.com

*Proposed Counsel to the Debtors and Debtors in Possession*