**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>UPG ENTERPRISES LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-15734 (DRF)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR OCTOBER 13, 2026, AT 11:00 A.M. (CENTRAL TIME)**

**This proceeding will be conducted in a hybrid format.**

**Important: Only parties and their counsel may appear for presentment of the Motion electronically using Zoom for Government. All others must appear in person.**

**Please refer to Judge Fine's Chambers Procedures (https://www.ilnb.uscourts.gov/content/judge-daniel-r-fine) and the Court's website https://www.ilnb.uscourts.gov for information on the method of allowed participation (video or audio), Judge Fine's expectations of remote participants, and the advance registration requirements.**

**MATTER GOING FORWARD**

1. Debtors' Emergency Supplement to Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief (D.I. 96, filed 10/9/26).

   Objection Deadline: N/A.

   Response Received: None.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN are as follows: UPG Enterprises LLC (4790); UP Investment Holdings LLC (8445); UPI LS LLC (6446); UPI MakUSA LLC (1401); UPG Metal Services LLC (8496); GenX Leasing Partners LLC (4464); UP Central Office LLC (0397); UP Equipment Holdings LLC (0431); Metalex LLC (6707); UPG Fabrication LLC (9021); National Metalwares Holdings LLC (2789); National Metalwares L.P. (9247); Sidecar NM LLC (4555); Chicago Steel Holdings LLC (0967); Douglass Logistics LLC (6025); Lexington Steel LLC (2209); Maksteel USA LLC (6796); Maksteel Transport LLC (9011); UPG Flat Roll Group LLC (7515); and Lamination Specialties LLC (5604). The Debtors' mailing address is 1400 16th St., #250, Oak Brook, IL 60523.

Related Documents:

A. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs, and (II) Granting Related Relief (D.I. 10, filed 9/23/26).

B. Interim Order (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief (D.I. 44, entered 9/25/26).

C. Debtors' Application to Set Hearing on Emergency Supplement to Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief (D.I. 93, filed 10/8/26).

D. Order Granting Application to Set Hearing on Emergency Motion (D.I. 95, entered 10/9/26).

Status: This matter is going forward on emergency basis.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 9, 2026
Wilmington, Delaware

**VEDDER PRICE, P.C.**

*/s/ Michael M. Eidelman*
Michael M. Eidelman (No. 6197788)
William W. Thorsness (No. 6290913)
Brooke H. Blackwell (No. 6329454)
222 N La Salle St., Suite 2600
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
Email: meidelman@vedder.com
wthorsness@vedder.com
bblackwell@vedder.com

*-and-*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Derek C. Abbott (admitted *pro hac vice*)
Matthew O. Talmo (admitted *pro hac vice*)
Daniel B. Butz (admitted *pro hac vice*)
Tamara K. Mann (admitted *pro hac vice*)
Liam Davis (admitted *pro hac vice*)
Cicely Berzack (admitted *pro hac vice*)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
mtalmo@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
ldavis@morrisnichols.com
cberzack@morrisnichols.com

*Proposed Counsel to the Debtors and Debtors in Possession*