# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

---

Case Title: UPG ENTERPRISES LLC    Case Number: 26-15734 (DRF)

An appearance is hereby filed by the undersigned as attorney for:
Official Committee of Unsecured Creditors of UPG ENTERPRISES LLC, et al.

Attorney name (type or print): Michael A. Brandess

Firm: Husch Blackwell LLP

Street address: 120 South Riverside Plaza, Suite 2200

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6299158    Telephone Number: 312-526-1531
(See item 3 in instructions)

Email Address: michael.brandess@huschblackwell.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.
- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you a
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 12, 2026

Attorney signature: S/ Michael A. Brandess
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023