**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| UPG ENTERPRISES LLC, *et al.*, | Case No. 26-15734 (DRF) |
| Debtors.[1] | Jointly Administered |

**AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR OCTOBER 14, 2026, AT 11:00 A.M. (CENTRAL TIME)

**THERE ARE NO MATTERS GOING FORWARD.**

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of Orders (A) (I) Authorizing and Approving Bidding Procedures for the Sale of Any and All or Substantially All the Debtors Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (V) Granting Related Relief; (B) (I) Approving the Sale of Any and All or Substantially All the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (D.I. 49, filed 9/25/26).

   Objection Deadline: October 7, 2026, at 4:00 p.m. (CT); extended to **October 18, 2026, at 12:00 p.m. (ET)** for the Official Committee of Unsecured Creditors.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN are as follows: UPG Enterprises LLC (4790); UP Investment Holdings LLC (8445); UPI LS LLC (6446); UPI MakUSA LLC (1401); UPG Metal Services LLC (8496); GenX Leasing Partners LLC (4464); UP Central Office LLC (0397); UP Equipment Holdings LLC (0431); Metalex LLC (6707); UPG Fabrication LLC (9021); National Metalwares Holdings LLC (2789); National Metalwares L.P. (9247); Sidecar NM LLC (4555); Chicago Steel Holdings LLC (0967); Douglass Logistics LLC (6025); Lexington Steel LLC (2209); Maksteel USA LLC (6796); Maksteel Transport LLC (9011); UPG Flat Roll Group LLC (7515); and Lamination Specialties LLC (5604). The Debtors' mailing address is 1400 16th St., #250, Oak Brook, IL 60523.

[2] Amended items in **bold**.

Response Received:

A. Limited Objection and Reservation of Rights of ARG Entities to Debtors' Motion for Entry of Orders (A) (I) Authorizing and Approving Bidding Procedures for the Sale of Any and All or Substantially All the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Certain Executory Contracts and Leases, and (V) Granting Related Relief (D.I. 90, filed 10/7/26).

Related Documents: None.

Status: **This matter has been adjourned to a hearing on October 20, 2026, at 2:00 p.m. (CT).**

*[Remainder of Page Intentionally Left Blank]*

Dated: October 13, 2026
Wilmington, Delaware

**VEDDER PRICE, P.C.**

*/s/ Michael M. Eidelman*
Michael M. Eidelman (No. 6197788)
William W. Thorsness (No. 6290913)
Brooke H. Blackwell (No. 6329454)
222 N La Salle St., Suite 2600
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
Email: meidelman@vedder.com
wthorsness@vedder.com
bblackwell@vedder.com

*-and-*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Derek C. Abbott (admitted *pro hac vice*)
Matthew O. Talmo (admitted *pro hac vice*)
Daniel B. Butz (admitted *pro hac vice*)
Tamara K. Mann (admitted *pro hac vice*)
Liam Davis (admitted *pro hac vice*)
Cicely Berzack (admitted *pro hac vice*)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
mtalmo@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
ldavis@morrisnichols.com
cberzack@morrisnichols.com

*Proposed Counsel to the Debtors and Debtors in Possession*